MARTIN J. BRILL (SBN 53220)
BETH ANN R. YOUNG (SBN 143945)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Debtor, Sherman Mazur

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

(SAN FERNANDO VALLEY DIVISION)

| | |
|---|---|
| In re<br><br>SHERMAN MAZUR and<br>MICHELLE MAZUR<br><br>Debtors. | CASE NO. SV 93-16885-GM<br>CASE NO. SV 95-17942-GM<br><br>(JOINTLY ADMINISTERED)<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION TO UNSEAL DOCUMENTS FILED UNDER SEAL**<br><br>DATE: May 24, 2006<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 303<br>       21041 Burbank Blvd.,<br>       Woodland Hills, CA |

A hearing was held on May 24, 2006 at 10:00 a.m. before the Honorable Geraldine Mund, United States Bankruptcy Judge, in her Courtroom "303" located at 21041 Burbank Blvd., Woodland Hills, California, to consider the Motion Seeking Entry of An Order Authorizing the Unsealing of Documents Filed Under Seal (the "Motion") filed by Sherman Mazur, Debtor herein.

///

FILED
MAY 2 4 2006
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

ENTERED
MAY 2 4 2006
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

Martin J. Brill of Levene, Neale, Bender, Rankin & Brill L.L.P., appeared on behalf of the Debtor Sherman Mazur; other appearances were made as noted in the record.

This Court, having considered the Motion, no opposition thereto having been filed, all other pleadings filed in connection therewith, the statements and representations of counsel at the hearing regarding the Motion and all matters of record in the Debtors' chapter 7 case, and other good cause appearing therefor, it is hereby

ORDERED, that the Motion is granted, the documents filed under seal in the Debtor's case are hereby ordered unsealed and the Debtor shall be granted access to the documents filed under seal.

Dated: 5/24/06

THE HONORABLE GERALDINE MUND
UNITED STATES BANKRUPTCY JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is: 10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067.

On May 24, 2006, I served the foregoing document(s) described as:

**ORDER GRANTING MOTION TO UNSEAL DOCUMENTS FILED UNDER SEAL**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California, addressed as follows:

```
Office of the U.S. Trustee      Attorneys for Trustee
21051 Warner Center Dr.         Annie Verdries, Esq.
Ste 115                         Lewis Brisbois et al
Woodland Hills, CA 91367        650 Town Center Dr., #1400
                                Costa Mesa, CA 92626
```

__x__ (By Mail) I caused such envelope with postage thereon, fully prepaid to be placed in the United States mail. Executed on May 24, 2006 at Los Angeles, California.

__x__ (Federal) I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

_____
Marguerite Hardin

| Attorney or Party Name, Address and Telephone Number | FOR COURT USE ONLY |
|---|---|
| MARTIN J. BRILL (SBN 53220)<br>LEVENE, NEALE, BENDER, RANKIN & BRILL<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA  90067<br>(310) 229-1234<br><br>*Attorneys for Debtor Sherman Mazur* | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

SHERMAN MAZUR and
MICHELLE MAZUR

Case No. SV 93-16885-GM
Case No. SV 95-17942-GM

CHAPTER 7

## NOTICE OF ENTRY JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(1)(a)(v), that a judgment or order entitled (specify): entered on (specify date) **MAY 2 4 2006**

**ORDER GRANTING MOTION TO UNSEAL DOCUMENTS FILED UNDER SEAL**

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment of the persons and entities on the following parties on (specify date): **MAY 2 4 2006**

| Office of the U.S. Trustee<br>21051 Warner Center Dr.<br>Ste 115<br>Woodland Hills, CA 91367 | Attorneys for Trustee<br>Annie Verdries, Esq.<br>Lewis Brisbois et al<br>650 Town Center Dr., #1400<br>Costa Mesa, CA 92626 | Martin J Brill, Esq.<br>Levene, Neale, Bender et al<br>10250 Constellation Blvd #1700<br>Los Angeles, CA 90067 |

Dated: **MAY 2 4 2006**

JON D. CERETTO
Clerk of the Bankruptcy Court

by: _____
        Deputy Clerk

*This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California*